# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Kellogg Brown & Root Services, Inc. | ) | ASBCA No. 58984 |
| | ) | |
| Under Contract No. DAAA09-02-D-0007 | ) | |

APPEARANCES FOR THE APPELLANT:          Thomas J. Barrett, Esq.
                                        David Newsome, Jr., Esq.
                                          Counsel

APPEARANCES FOR THE GOVERNMENT:         E. Michael Chiaparas, Esq.
                                          DCMA Chief Trial Attorney
                                        Douglas R. Jacobson, Esq.
                                          Trial Attorney
                                          Defense Contract Management Agency
                                          Contract Disputes Resolution Center
                                          Bloomington, MN

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 13 March 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58984, Appeal of Kellogg Brown & Root Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals